```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
LUCIANO SUCE,                              :
                                           :
                    Petitioner,            :     07 Civ. 8463 (VM)
                                           :
         - against -                       :
                                           :     ORDER
JUSTIN A. TAYLOR, NEW YORK STATE           :
DIVISION OF PAROLE, AND WARREN D.          :
BARKLEY,                                   :
                                           :
                    Respondents.           :
-------------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court having examined the petition for a writ of habeas corpus filed in this action pursuant to 28 U.S.C. § 2255, it is hereby

**ORDERED** that the Government file a response to the petition by no later than March 17, 2008; and it is further

**ORDERED** that petitioner reply to the Government's response by no later than May 16, 2008; and it is finally

**ORDERED** that the Clerk of Court serve copies of this Order and of the petition by certified mail upon the petitioner and the respondent.

**SO ORDERED.**

Dated:   New York, New York
         24 January 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

Victor Marrerro
U.S.D.J.