UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LUCIANO SUCE,                            :
                                         :
                    Petitioner,          :
                                         :
          - against -                    :
                                         :                 **ORDER**
JUSTIN A. TAYLOR, NEW YORK STATE         :
DIVISION OF PAROLE, AND WARREN D.        :
BARKLEY,                                 :
                                         :
                    Respondents.         :
------------------------------------------X

```
┌──────────────────────────────────────┐
│ USDS SDNY                             │
│ DOCUMENT                              │
│ ELECTRONICALLY FILED                  │
│ DOC #: _____                    │
│ DATE FILED: 1/25/08                   │
│ 07 Civ. 8463 (VM)                     │
└──────────────────────────────────────┘
```

**VICTOR MARRERO, United States District Judge.**

     The Court having examined the petition for a writ of habeas

corpus filed in this action pursuant to 28 U.S.C. § 2254, it is

hereby

     **ORDERED** that, due to containing an incorrect citation, the

Court's order issued on January 24, 2008 be vacated; and it is

further

     **ORDERED** that the Government file a response to the petition

by no later than March 17, 2008; and it is further

     **ORDERED** that petitioner reply to the Government's response

by no later than May 16, 2008; and it is finally

     **ORDERED** that the Clerk of Court serve copies of this Order

and of the petition by certified mail upon the petitioner and the

respondent.

**SO ORDERED**.

Dated:     New York, New York
           25 January 2008

                                        Victor Marrerro
                                           U.S.D.J.