```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-08
```

LUCIANO SUCE, #:87-A-4627;
CAPE VINCENT CORRECTIONAL FACILITY
Route 12E, P. O. BOX 739
Cape Vincent, New York 13618

May 5th, 2008.

TO : Honorable JUSTICE VICTOR MARRERO;
UNITED STATES DISTRICT JUDGE:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, Suite 660
New York, New York 10007

RECEIVED
2008 MAY -9 P 4: 38
SDNY PRO SE OFFICE

RE : Suce v. Taylor
07 Civ. 8463 (VM)

Dear Your Honor:

    I am respectfully addressing my concerns towards your attention of the issue of the extension given towards the Respondent's Assistant Attorney General Ms. Fleischmann request, in which ENDORSEMENT was granted and extended to May 16, 2008; and for which this petitioner never received such said confirmation at all. Petitioner had to write directly to the Pro Se Office to inquire if such said request was granted.

    I now come before you your honor, respectfully asking you, does the Court's order date still stand as indicated May 16, 2008, that petitioner reply to the Government's response be submitted by no later than May 16, 2008, or will the Court's extended in the interest of justice to allow this Pro se litigant an extra month time until june 16, 2008, for which this petitioner respectfully do request that extra month extension.

    Therefore, I will await for the Court's honorable endorsement request for an extension of one month time, and Thank you for your attention.

                                             Respectfully Submitted;

                                             Luciano Suce, #:87-A-4627;
                                             Petitioner, Pro Se Litigant:

c.c. Filed/Enc. Hon. Victor Marrero;
           United States District Judge;
           and Assistant Attorney General
           Ms. Fleischmann.

> Request GRANTED. The time for petitioner herein to reply to respondent's opposition is extended to 30 days from this date the opposition is served on petitioner
>
> SO ORDERED:
> 5-12-08
> DATE
> VICTOR MARRERO, U.S.D.J.

<u>A F F I D A V I T   O F   S E R V I C E</u>

STATE OF NEW YORK   )
                    )  ss. :
COUNTY OF JEFFERSON )

LUCIANO SUCE, #:87-A-4627, being duly sworn, deposes and says:

That on the 6th day of May, 2008, place and submitted a LETTER for an extension of one month time to the Honorable Justice Victor Marrero, United States District Judge of the Southern District of New York Court the original, and a photo copy to the Assistant Attorney General Ms. Fleischmann, to be duly mail via United States Postal Service as Regular Legal Mail, through the Institutional mailroom, located at the Department of Correctional Services, Cape Vincent Correctional Facility, Route 12E, P.O.Box 739, Cape Vincent, New York 13618, to the Following parties:

    TO : Hon. Victor Marrero;
         United States District Judge:
         United States District Court
         Southern District Of New York
         500 Pearl Street, Suite 660
         New York, New York 10007
    Att. Hon. Clerk Of The Court:

    TO : Lisa Fleischmann;
         Assistant Attorney General:
         State Of New York
         Office Of The Attorney General
            120 Broadway
         New York, New York 10271-0332

Respectfully Submitted;

Luciano Suce,#87A4627,
Petitioner,Pro Se Litigant:
Cape Vincent Corr. Facility

Sworn To Before Me This 6
Day Of May , 2008 .

NOTARY PUBLIC

SANDRA J. CANELL
Notary Public, State of New York
Qualified in Jefferson County
01CA6172526
Commission Expires on August 13, 20 11