```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
LUCIANO SUCE,                      :
                                   :
                Petitioner,        :   07 Civ 8463(VM)
                                   :
        - against -                :   ORDER
                                   :
JUSTIN A. TAYLOR, NEW YORK STATE   :
DIVISION OF PAROLE, and WARREN D.  :
BARKLEY,                           :
                                   :
                Respondents.       :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Pro se petitioner Luciano Suce ("Suce") filed a petition in this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("§ 2254"). He alleges that the revocation of his parole by the New York State Division of Parole violated his right to due process under the Fourteenth Amendment to the United States Constitution. For the reasons set forth below, Suce's petition is DENIED. The Court's findings, reasoning and conclusions will be set forth in a subsequent decision and order. Accordingly, it is hereby

**ORDERED** that the petition of petitioner Luciano Suce (Docket No. 1) for a writ of habeas corpus is DENIED.

The Clerk of the Court is directed to close this case.

**SO ORDERED:**

Dated:   New York, New York
         31 July 2008

_____
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-08