**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LUCIANO SUCE,

                              Petitioner,                      07 **CIVIL** 8463 (VM)

        -against-                                              **JUDGMENT**

JUSTIN A. TAYLOR, NEW YORK STATE
DIVISION OF PAROLE, and WARREN D.
BARKLEY,
                              Respondents.                     **SCANNED**
-------------------------------------------------------------X

        A petition for habeas corpus pursuant to 28 U.S.C. § 2254 having been submitted to the

Honorable Victor Marrero, United States District Judge, and the Court, on July 31, 2008, having

rendered its Order denying the petition for a writ of habeas corpus, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated July 31, 2008, the petition for a writ of habeas corpus is denied; accordingly, the

case closed.

**DATED:**  New York, New York
           July 31, 2008

                                              **J. MICHAEL McMAHON**
                                              _____
                                              **Clerk of Court**
                                    **BY:**
                                              _____
                                              **Deputy Clerk**

                              **THIS DOCUMENT WAS ENTERED**
                              **ON THE DOCKET ON** _____